UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　Jermaine Amos Sr<br>　　Tina M Amos<br>　　　　　Debtor(s) | Case No. 11 B 28398 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 07/09/2011.

　　2)　The plan was confirmed on 08/25/2011.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5)　The case was Dismissed on 05/01/2014.

　　6)　Number of months from filing to last payment: 33.

　　7)　Number of months case was pending: 38.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,104.29 |
| Less amount refunded to debtor | $655.00 |

**NET RECEIPTS:** $15,449.29

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $665.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,165.54

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC Payday Direct | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 312.34 | NA | NA | 0.00 | 0.00 |
| Advocate Lutheran General Health Partner | Unsecured | 343.20 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Affirmative Insurance Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 165.39 | 165.39 | 3.50 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 218.20 | 218.20 | 4.61 | 0.00 |
| Ameriloan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Aronson Furniture Company | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Banfield Wellness Plan Financial Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Services | Unsecured | 366.53 | NA | NA | 0.00 | 0.00 |
| C T Corporation System | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 1,066.00 | 1,066.95 | 1,066.95 | 23.25 | 0.00 |
| Capital One | Unsecured | 1,429.00 | 1,429.41 | 1,429.41 | 31.14 | 0.00 |
| Card Protection Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cash America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cash Transfers Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,650.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,650.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 4,443.00 | NA | NA | 0.00 | 0.00 |
| Collect America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| Colony Apartments | Unsecured | 5,600.00 | 5,693.26 | 5,693.26 | 124.06 | 0.00 |
| Comcast | Unsecured | 361.06 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,200.00 | 1,124.05 | 1,124.05 | 24.49 | 0.00 |
| Credit Management Co. | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Cross Check Inc | Unsecured | 42.77 | 42.77 | 42.77 | 0.90 | 0.00 |
| Dakota State Bank | Unsecured | 739.00 | NA | NA | 0.00 | 0.00 |
| Devry Inc | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Devry Inc | Unsecured | 606.91 | NA | NA | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 1,105.79 | NA | NA | 0.00 | 0.00 |
| Drs Bonded Collection | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Drs Bonded Collection | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 407.00 | 407.02 | 407.02 | 8.87 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 612.63 | 612.63 | 13.35 | 0.00 |
| ECast Settlement Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 611.00 | 608.03 | 608.03 | 13.25 | 0.00 |
| Elmhurst Animal Care Center | Unsecured | 245.87 | NA | NA | 0.00 | 0.00 |
| Elmhurst Memorial Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 830.64 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Outsourcing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Source Healthcare | Unsecured | 704.00 | NA | NA | 0.00 | 0.00 |
| Gateway Holding Group LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Glenn Heilizer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| GR Enterprises | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Heller & Frisone Ltd | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| IL Bone And Joint Institute | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| IL Bone And Joint Institute | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| IL Bone And Joint Institute | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 8,369.20 | 4,579.89 | 4,579.89 | 4,579.89 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 94.01 | 467.67 | 467.67 | 10.19 | 0.00 |
| Illinois Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 708.14 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 1,726.55 | 1,576.10 | 1,576.10 | 34.34 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 306.68 | 306.68 | 306.68 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 5,924.00 | 14,279.95 | 14,279.95 | 311.16 | 0.00 |
| Illinois Title Loans | Unsecured | 1,100.00 | 984.44 | 984.44 | 21.45 | 0.00 |
| Illinois Title Loans | Secured | 1,100.00 | 1,484.44 | 500.00 | 500.00 | 39.10 |
| Internal Revenue Service | Priority | 500.00 | 105.33 | 105.33 | 105.33 | 0.00 |
| Internal Revenue Service | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| International Cash Advance | Unsecured | 943.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 3,525.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 3,525.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 5,865.00 | NA | NA | 0.00 | 0.00 |
| ISTA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 423.40 | 423.40 | 9.23 | 0.00 |
| Kathleen Barauski | Unsecured | 1,721.77 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| L J Ross Associates | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Manhattan Processing | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 392.67 | NA | NA | 0.00 | 0.00 |
| Men's Health Magazine | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merchant Cr | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 1,675.00 | 1,675.11 | 1,675.11 | 36.50 | 0.00 |
| Midwest Heart Specialists | Unsecured | 1,387.36 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 999.91 | 897.04 | 897.04 | 19.55 | 0.00 |
| National Capital Management LLC | Unsecured | 5,852.00 | 852.29 | 852.29 | 18.57 | 0.00 |
| National Capital Management LLC | Secured | 5,852.00 | 5,852.29 | 5,000.00 | 5,000.00 | 449.65 |
| National Cash Advance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| National Opportunities Inlimited Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 463.34 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 469.00 | 469.42 | 469.42 | 10.23 | 0.00 |
| NLS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northwest Community Hospital | Unsecured | 704.37 | NA | NA | 0.00 | 0.00 |
| Northwest Family Physicians | Unsecured | 224.05 | NA | NA | 0.00 | 0.00 |
| P C R M/Yorkbrook Apartments | Unsecured | 2,551.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pluto Marketing | Unsecured | 300.00 | 500.00 | 500.00 | 11.13 | 0.00 |
| Premier Bankcard | Unsecured | 655.00 | 655.15 | 655.15 | 14.28 | 0.00 |
| Professional Account Management | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Quality Cellular | Unsecured | 286.00 | 286.38 | 286.38 | 6.24 | 0.00 |
| Red Stone Financial LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Rent A Center | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 67.51 | 67.51 | 1.43 | 0.00 |
| Robert R Mucci | Secured | 240.69 | 240.69 | 240.69 | 227.72 | 12.32 |
| RoundUp Funding LLC | Unsecured | 835.57 | NA | NA | 0.00 | 0.00 |
| Safeway | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 4,488.00 | 13,065.25 | 13,065.25 | 284.69 | 0.00 |
| Sanford Kahn | Unsecured | 5,693.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 624.56 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 1,009.14 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 1,171.35 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 1,448.34 | NA | NA | 0.00 | 0.00 |
| Spark Preschool & Daycare | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Spencer Leak & Sons Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital & Health Centers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suburban Ent | Unsecured | 295.60 | NA | NA | 0.00 | 0.00 |
| Tior Capital | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Tony's Finer Foods | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tracey Smith | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 200.16 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 203.72 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 1,098.42 | 1,223.31 | 1,223.31 | 26.65 | 0.00 |
| Van Ru Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,740.69 | $5,727.72 | $501.07 |
| **TOTAL SECURED:** | **$5,740.69** | **$5,727.72** | **$501.07** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,991.90 | $4,991.90 | $0.00 |
| **TOTAL PRIORITY**: | **$4,991.90** | **$4,991.90** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$48,790.73** | **$1,063.06** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,165.54 |
| Disbursements to Creditors | $12,283.75 |
| **TOTAL DISBURSEMENTS** : | **$15,449.29** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/29/2014            By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**